UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 06 B 13474
    CHRISTOPHER W PONTON
    AIDA N PONTON                         CHAPTER 13

                                          JUDGE: BRUCE W BLACK
            Debtor
    SSN XXX-XX-3936    SSN XXX-XX-8415
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/20/06 and confirmed on 01/10/07.

2. The case was dismissed after confirmation, 06/06/2008.

3. The Debtor paid a total of $ 13550.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OPTION ONE MORTGAGE CO | CURRENT MORTG | .00 | .00 | .00 |
| OPTION ONE MORTGAGE CO | MORTGAGE ARRE | .00 | .00 | .00 |
| SPECIALIZED LOAN SERVICI | CURRENT MORTG | .00 | .00 | .00 |
| SPECIALIZED LOAN SERVICI | MORTGAGE ARRE | 1354.70 | .00 | .00 |
| GRUNDY COUNTY COLLECTOR | SECURED | 1698.72 | 33.22 | 1662.64 |
| HSBC AUTO FINANCE | SECURED VEHIC | 25026.53 | 1639.19 | 5890.08 |
| PERSONAL FINANCE | SECURED VEHIC | 4765.08 | 299.42 | 2023.96 |
| ILLINOIS DEPT REVENUE | FILED LATE | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 27897.70 | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| B LINE LLC | UNSECURED | 1269.99 | .00 | .00 |
| CAB SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 675.26 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 597.13 | .00 | .00 |
| CORWIN MEDICAL CARE LTD | UNSECURED | NOT FILED | .00 | .00 |
| GREAT AMERICAN FINANCE | UNSECURED | 2287.80 | .00 | .00 |
| GREAT AMERICAN FINANCE | UNSECURED | 1363.44 | .00 | .00 |
| GREAT AMERICAN FINANCE | UNSECURED | 469.48 | .00 | .00 |
| HEALTHCARE COLLECTION SE | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| ECAST SETTLEMENT CORPORA | UNSECURED | 410.07 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 531.35 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 578.55 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 662.46 | .00 | .00 |
| KCA FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY SELECT | UNSECURED | NOT FILED | .00 | .00 |

```
PAYDAY SELECT              UNSECURED     NOT FILED              .00          .00
PROVENA ST JOSEPH MEDICA   UNSECURED     NOT FILED              .00          .00
RECEIVABLES PERFORMANCE    UNSECURED     NOT FILED              .00          .00
SCHOLASTIC                 UNSECURED     NOT FILED              .00          .00
B LINE LLC                 UNSECURED        869.93              .00          .00
KCA FINANCIAL SERVICES     UNSECURED     NOT FILED              .00          .00
GRUNDY COUNTY COLLECTOR    UNSECURED         99.18              .00          .00
OPTION ONE MORTGAGE CO     SECURED            .00               .00          .00
CITY OF CHICAGO            FILED LATE         .00               .00          .00
     Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED      PRIORITY     UNSECURED       OTHER        TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  32845.03         .00      37712.34         .00      70557.37
PRINCIPAL PAID       9576.68         .00           .00         .00       9576.68
INTEREST PAID        1971.83         .00           .00         .00       1971.83
TOTAL PAID          11548.51         .00           .00         .00      11548.51
The Debtor's attorney, JOHN C RENZI                , was allowed $   3450.00
and was paid $    800.00   direct and $   1487.74   through the plan.

The Trustee received $    513.75 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 09/10/08                /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 06 B 13474 CHRISTOPHER W PONTON & AIDA N PONTON
```